IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE:  11/02/04

CASE NO. : 04-458-GPM                     CASE NAME: Pothier, et al -vs- Bank of America Corpoation, et al.

DOCUMENT NO.: 9, 10, 11,12,13,14 & 15                DOCUMENT TITLE: Summons Returned Executed

One of the following errors/deficiencies has been identified in the document listed above:

☒   Other: **The .pdf(s) attached to the above entries are upside down.**

**ACTION TAKEN BY CLERK'S OFFICE**

☒   Other: **Notice of Errors entered.**

**ACTION REQUIRED BY FILER**

☒   **Documents must be re-filed.  When attaching the .pdf document to an entry, open the .pdf file to make sure that the correct document is being attached to the entry.**

Norbert G. Jaworski
Clerk of Court


By: s/Mona Zingrich
Deputy Clerk