

**REYNOLDS PROFESSIONAL SERVICES, INC.**

725 East Trade Street, Suite 215
Charlotte, NC 28202

Post Office Box 18585
Charlotte, NC 38218-0585

N.C. P.I.# 2216

Phone 704-378-1773
Fax 704-378-1444

Toll Free 800-614-8462

website: www.reynoldsprofessionalservice.com

I, Mary Lowery, Vice President, Atlantic South Banking Group, Bank of America, acknowledge that I personally received delivery on Thursday, October 28, 2004 of a copy of a summons and a first amended class action complaint in the case of Anita Pothier et al. v. Bank of America Corp. et al., Civil Action No. 04-458 GPM for each of the following persons/entities:

a. Charles K. Gifford
b. James H. Hance, Jr.
c. Kenneth D. Lewis
d. Charles W. Coker
e. Paul Fulton
f. Donald E. Guinn
g. William Barnet, III
h. John T. Collins
i. Gary L. Countryman
j. Walter E. Massey
k. Thomas J. May
l. C. Steven McMillan
m. Eugene M. McQuade
n. Patricia E. Mitchell
o. Edward L. Romero
p. Thomas M. Ryan
q. O. Temple Sloan, Jr.
r. Meredith R. Spangler
s. Hugh L. McColl
t. Alan T. Dickson
u. Frank Dowd, IV
v. Kathleen F. Feldstein

w. C. Ray Holman
x. W.W. Johnson
y. Ronald Townsend
z. Solomon D. Trujillo
aa. Virgil R. Williams
bb. Charles E. Rice
cc. Ray C. Anderson
dd. Rita Bornstein
ee. B.A. Bridgewater, Jr.
ff. Thomas E. Capps
gg. Alvin R. Carpenter
hh. David Coulter
ii. Thomas G. Cousins
jj. Andrew B. Craig, III
kk. Russell W. Meyer, Jr.
ll. Richard B. Priory
mm. John C. Slane
nn. Albert E. Suter
oo. John A. Williams
pp. John R. Belk
qq. Tim F. Crull
rr. Richard M. Rosenberg
ss. Peter V. Ueberroth
✓ tt. Shirley Young
~~uu. John/Jane Doe defendants ##47-100~~
vv. The Bank of America Corporation Corporate Benefits Committee

I further ~~state that I have made due inquiry with the Bank's legal counsel and can~~ represent that I have the necessary authority in this case to accept service of process for all of these listed persons or entities, without waiving any defense that may be asserted by any of these individuals or entities, including, without limitation, that any named defendant is not a proper party to the action.

_Mary P. Lowery_
Mary P. Lowery